# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

**FILED**

JAN 1 7 2018

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


Clerk, U S District Court
District Of Montana
Billings

THE STATE OF MONTANA

vs.

**Jerray Eugene Rowland**      No. CR 17-4-BLG-SPW-04

DOB: _/1996      PETITION TO OPEN JUVENILE/SEALED RECORDS

SSN: **XXX-XX-0400**

Whereas the above-name defendant entered a plea of GUILTY to the offense of Attempted Robbery and District Court Judge Susan P. Watters having ordered a Pre-Sentence Investigation into the defendant's background, the Petitioner requests all juvenile records pertaining to the defendant, including Law Enforcement, Juvenile Court Services, County Probation, County Welfare, Department of Family Services, medical and institutional treatment records and Department of Institutions records, be made available.

_____
Dawn M. Roberts, U.S. Probation Officer

1-16-2018
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records held by any Law Enforcement, Juvenile Court Services, County Probation, County Welfare, Department of Family Services, medical and institutional treatment records, Department of Institutions records or agency of the Adult/Juvenile Probation and Parole Officer.

_____
U.S. District Judge

Dated this 16th day of January, 2018.